Herbert FERRELL, Jr., Petitioner–
Appellant,

v.

UNITED STATES of America,
Respondent–Appellee.

No. 08–16154
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 21, 2009.

Herbert Ferrell, Jr., Littleton, CO, pro
se.

Yvette Rhodes, Tampa, FL, for Respon-
dent–Appellee.

Before TJOFLAT, BLACK and
BARKETT, Circuit Judges.

PER CURIAM:

Herbert Ferrell, Jr., a federal prison
inmate proceeding *pro se,* appeals the dis-
trict court's dismissal of his motion to va-
cate, set aside, or correct his sentence,
pursuant to 28 U.S.C. § 2255. We grant-
ed a certificate of appealability ("COA") as
to the following two issues:

(1) Whether, in light of *Clisby v. Jones,*
960 F.2d 925, 936 (11th Cir.1992) (*en
banc* ), the district court was re-
quired to address all of the claims
raised in Ferrell's motion to vacate
his sentence pursuant to 28 U.S.C.
§ 2255; and

If so, whether the district court failed to
address Ferrell's claim that counsel
was ineffective with regard to the
jury's inquiry regarding the number
of plants involved, as well as the jury
instructions regarding that evidence?

Ferrell argues that *Clisby* ap-
plies to § 2255 motions, and that the dis-
trict court disregarded *Clisby's* holding by

failing to address his claim that he received ineffective assistance of counsel regarding the court's response to the jury's inquiry about drug quantity. In *Clisby*, we held, in the context of a petition filed by a state prisoner under 28 U.S.C. § 2254, that the district court was obligated to resolve all constitutional claims in a habeas proceeding. 960 F.2d at 936. We specified that "a claim for relief . . . is any allegation of a constitutional violation." *Id.* We conclude that *Clisby* applies to § 2255 motions. Here, Ferrell's § 2255 motion, construed liberally, raised a claim that he received ineffective assistance of counsel in connection with the district court's response to the jury's inquiry regarding drug quantity. Because the district court failed to address this claim on the merits in its order denying § 2255 relief, the court failed to obey *Clisby*'s holding. Accordingly, we vacate the district court's judgment and remand the case with the instruction that the court address the following claim: Whether Ferrell received ineffective assistance of counsel under *Strickland v. Washington,* 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984), in connection with the district court's response to the jury's inquiry regarding drug quantity.

VACATED and REMANDED, with instructions.